UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID ARRINGTON, | ) | |
| Plaintiff, | ) | C.A. No. 07-0170 (RBW) |
| v. | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |

**DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE RESPONSE TO THE COMPLAINT**

The District of Columbia, by and through its undersigned counsel and with the consent of counsel for Plaintiff, respectfully requests that the Court grant an additional thirty (30) days for the District and the individual District employees to file an Answer to the Complaint or other responsive pleading.  In support thereof, the District of Columbia states as follows:

1. The above-captioned matter was filed on January 24, 2007.  No affidavits of service have been filed.

2. Plaintiff's Complaint sets forth ten causes of action involving an alleged shooting.  Undersigned counsel is reviewing the Complaint and investigating the allegations therein and requires additional time to prepare a responsive pleading.

3. By filing this Motion, the District of Columbia and the individual District employees do not waive their right to proper service, or the right to move to dismiss on this ground or any other ground.

4.	The District submits that the Plaintiff will not be prejudiced by the requested extension of time as counsel for Plaintiff has consented to the relief requested herein.

Accordingly, the District of Columbia requests that the Court grant a thirty-day extension of time, up to and including March 15, 2007, for the Defendants to file an Answer or other responsive pleading in this matter.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_/s/  Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II


\_\_\_/s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-0170 (RBW) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12.

3. The interests of justice and the record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

__/s/ Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II

___/s/ Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID ARRINGTON,** ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-0170 (RBW) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the District of Columbia's Consent Motion for Enlargement of Time to File a Response to the Complaint. Upon consideration of the District of Columbia's Consent Motion, it is this ___ day of _____, 2007:

**ORDERED** that the Consent Motion be and hereby is **granted**; and it is

**FURTHER ORDERED** that the Defendants shall have up to and including March 15, 2007 to file a responsive pleading in the above-captioned matter.

_____
Hon. Reggie B. Walton
United States District Judge