AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Arrington

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, et. al.

CASE NUMBER:

TO: (Name and address of Defendant)

Charles Ramsey, Chief of Police
300 Indiana Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anitha Johnson, Esquire
ODELUGO & JOHNSON, LLC
6475 New Hampshire Avenue
Suite 300
Hyattsville, MD 20783

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/24/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lorenzo Kenerson | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  Brenda Wilmore, Deputy General Counsel of DC Police on behalf of Charles Ramsey, Chief of DC Police, at 300 Indiana Avenue NW, Washington, DC 20001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/24/2007
              Date          Signature of Server

              20040 Choctaw Court, Germantown, MD 20876
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.