```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
                        Civil Division
```

_____
                                    )
DAVID ARRINGTON                     )
                                    )
        Plaintiff,                  )
                                    ) C.A. No. 07-0170(RBW)
        v.                          )
                                    )
DISTRICT OF COLUMBIA, et al.        )
                                    )
        Defendants.                 )
_____)

### MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

COMES NOW Plaintiff David Arrington, by and through counsel, Anitha Johnson and ODELUGO & JOHNSON, LLC, respectfully requests an extension of time to file Plaintiff's Opposition to Motion to Dismiss and/or for Summary Judgment, and states the following in support thereof:

1.  This is a complicated case in which Plaintiff, then 21 years of age, alleges civil rights violations as a result of a DC Metropolitan Police Officer shooting Plaintiff in the buttocks for an incident in which Plaintiff was not involved. Upon information provided by the District of Columbia, the Police Department has not completed their investigation into this matter. Plaintiff filed a Complaint in this action on or about January 24, 2007.

2.  Defendants requested additional time in which to file a responsive pleading to Plaintiff's Complaint. The

undersigned counsel consented to Defendant's Motion, and this court granted Defendant additional time within which to respond to Plaintiff's Complaint. Defendants filed its Motion to Dismiss and/or for Summary Judgment on March 15, 2007.

3. This month has been extraordinarily busy for Plaintiff's counsel as Plaintiff's counsel has had several trials including a three day trial that is scheduled next week.

4. Thus, Plaintiff's counsel has been unable to respond to Defendant's Motion to Dismiss.

5. Undersigned counsel has attempted to contact Defendant's counsel to ascertain her position regarding an extension of time to file an Opposition to Defendant's Motion to Dismiss.

6. Specifically, when undersigned counsel called Defendant's counsel's office, the undersigned counsel listened to Defendant's counsel's voicemail message indicating that Defendant's counsel will be out of her office on Tuesday, Wednesday, and Thursday. This presumably refers to Tuesday, March 27, Wednesday, March 28, and Thursday, March, 29, 2007. Additionally, undersigned counsel then called Defendant's counsel on her cellular telephone and left a message requesting Defendant's counsel's position on filing this Motion. The undersigned counsel has not yet received a response as to Defendants's counsel's position on the filing of this motion.

7. There is no prejudice to Defendants if this Court grants

this Motion. Defendant's have alleged that they have not completed their investigation. Nevertheless, Plaintiff will be prejudiced if this Motion is denied because Plaintiff's claims will be lost forever.

WHEREFORE, for this and any other reasons apparent to the Court, Plaintiff David Arrington respectfully requests an additional (30) days in which to file a response to Defendant's Motion to Dismiss.

Respectfully Submitted,

ODELUGO & JOHNSON, LLC


_____/s/ Anitha Johnson_____
Anitha Johnson, #495672
6475 New Hampshire Avenue
Suite 300
Hyattsville, Maryland 20783
301-891-1100

```
              UNITED STATES DISTRICT OF COLUMBIA
                 FOR THE DISTRICT OF COLUMBIA
_____
                              )
DAVID ARRINGTON               )
                              )
        Plaintiff,            )
                              ) C.A. No. 07-0170(RBW)
        v.                    )
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
        Defendants.           )
_____)
```

ORDER

Upon consideration of Plaintiff's Motion for Extension of Time in which to File an Opposition to Defendant's Motion to Dismiss, it is the _____ day of _____, 2007, hereby,

**ORDERED**, that Plaintiff's request be **GRANTED**, and it is,

FURTHER ORDERED, that Plaintiff's Opposition Motion be due on the ____ day of _____2007.

_____
Honorable Judge

Copies to:

Anitha Johnson, Esq.
6475 New Hampshire Avenue
Suite 300
Hyattsville, Maryland 20783
301-891-1100

Linda Singer, Esq.
George C. Valentine, Esq.
Nicole L. Lynch, Esq.
Shana L. Frost, Esq.
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202)724-6534

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this 29th day of March 2007, via first electronic service to:

Linda Singer, Esq.
George C. Valentine, Esq.
Nicole L. Lynch, Esq.
Shana L. Frost, Esq.
441 4th Street, NW, 6th Floor South
Washington, DC 20001

                                                   /s/ Anitha Johnson
                                                   Anitha Johnson