```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
                           Civil Division
```

```
_____
                               )
DAVID ARRINGTON                )
                               )
        Plaintiff,             )
                               ) C.A. No. 07-0170(RBW)
        v.                     )
                               )
DISTRICT OF COLUMBIA, et al.   )
                               )
        Defendants.            )
_____)
```

<u>CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S
OPPOSITION TO MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT</u>

    COMES NOW Plaintiff David Arrington, by and through counsel, Anitha Johnson and ODELUGO & JOHNSON, LLC, respectfully requests an additional ten (10) day extension of time to file Plaintiff's Opposition to Motion to Dismiss and/or for Summary Judgment, and states the following in support thereof:

    1.    As stated in our previous Motion, this is a complicated case in which Plaintiff, then 21 years of age, alleges civil rights violations as a result of a DC Metropolitan Police Officer shooting Plaintiff in the buttocks for an incident in which Plaintiff was not involved.  Upon information provided by the District of Columbia, the Police Department has not completed their investigation into this matter.  Plaintiff filed a Complaint in this action on or about January 24, 2007.

    2.    Defendants requested additional time in which to file a responsive pleading to Plaintiff's Complaint.  The

undersigned counsel consented to Defendant's Motion, and this court granted Defendant additional time within which to respond to Plaintiff's Complaint. Defendants filed its Motion to Dismiss and/or for Summary Judgment on March 15, 2007.

3. On or about March 30, 2007, Plaintiff filed a Motion to extend time within which to respond to Defendant's Motion to Dismiss and/or for Summary Judgment. The Court granted the Motion and extended the time to file an opposition to May 9, 2007.

4. The Opposition to the Motion to Dismiss and/or for Summary Judgment is almost complete, however, our office is still waiting for affidavits from Plaintiff Mr. Arrington and his grandmother. Therefore, Plaintiff is seeking an additional ten (10) days to file the opposition Motion.

5. Defendant's counsel has graciously consented to this Motion because there will be no prejudice to Defendants. However, Plaintiff will be prejudiced if this Motion is denied because Plaintiff's claims will be lost forever.

WHEREFORE, for this and any other reasons apparent to the Court, Plaintiff David Arrington respectfully requests an additional (10) days in which to file a response to Defendant's Motion to Dismiss.

```
                    Respectfully Submitted,

                    ODELUGO & JOHNSON, LLC



                         /s/ Anitha Johnson
                    Anitha Johnson, #495672
                    6475 New Hampshire Avenue
                    Suite 300
                    Hyattsville, Maryland 20783
                    301-891-1100
```

```
            UNITED STATES DISTRICT OF COLUMBIA
               FOR THE DISTRICT OF COLUMBIA
_____
                              )
DAVID ARRINGTON               )
                              )
        Plaintiff,            )
                              ) C.A. No. 07-0170(RBW)
        v.                    )
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
        Defendants.           )
_____)
```

ORDER

Upon consideration of Plaintiff's Motion for Extension of Time in which to File an Opposition to Defendant's Motion to Dismiss, it is the ____ day of _____, 2007, hereby,

**ORDERED**, that Plaintiff's request be **GRANTED**, and it is,

FURTHER ORDERED, that Plaintiff's Opposition Motion be due on the ____ day of _____ 2007.

_____
Honorable Judge

Copies to:

Anitha Johnson, Esq.
6475 New Hampshire Avenue
Suite 300
Hyattsville, Maryland 20783
301-891-1100

Linda Singer, Esq.
George C. Valentine, Esq.
Nicole L. Lynch, Esq.
Shana L. Frost, Esq.
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202)724-6534

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing was sent this 9th day of May 2007, via electronic service to:

Linda Singer, Esq.
George C. Valentine, Esq.
Nicole L. Lynch, Esq.
Shana L. Frost, Esq.
441 4th Street, NW, 6th Floor South
Washington, DC 20001

                                          <u>/s/ Anitha Johnson</u>
                                          Anitha Johnson