```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
DAVID ARRINGTON               )
                              )
       Plaintiff,             )
                              ) C.A. No. 07-0170(RBW)
       v.                     )
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
       Defendants.            )
_____)
```

RESPONSE TO DEFENDANT'S MOTION TO DISMISS

    Plaintiff David Arrington, by and through counsel, Anitha Johnson and ODELUGO & JOHNSON, LLC, does not oppose Defendants' Motion to Dismiss.  Plaintiff states the following in support thereof:

    1.    Plaintiff filed this action against Defendants for excessive force used against him and for injuries he sustained as a District of Columbia Officer attempted to apprehend a suspect in an incident that did not involve Plaintiff.

    2.    Plaintiff does not wish to oppose Defendants' Motion to Dismiss because Plaintiff's essential claims are reserved, and Defendant Detective Lewis' actions will be held against the District of Columbia as he did not have a warrant for all the items in the District of Columbia's possession.  Specifically, Defendant Detective Lewis held Plaintiff's grandmother's keys, despite her many requests, and other items which could not be used in any investigation.

3. Nevertheless, Plaintiff has advised counsel that it is not worth additional time to debate this issue with Defendnats.

4. Moreover, Plaintiff has already served Requests for Discovery upon the District of Columbia, and is waiting for discovery responses from Defendant which will be helpful in pursing this action. Without such responses, Plaintiff is prejudiced in pursuing this action.

WHEREFORE, for the foregoing reasons, Plaintiff David Arrington does not oppose Defendants' Motion to Dismiss.

Respectfully Submitted,

ODELUGO & JOHNSON, LLC


_____/s/ Anitha Johnson_____
Anitha Johnson, #495672
6475 New Hampshire Avenue
Suite 300
Hyattsville, Maryland 20783
301-891-1100

CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of May 2007, that a copy of the foregoing was sent via electronic delivery:

Shana L. Frost
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001
shana.frost@dc.gov

                                        /s/ Anitha Johnson
                                          Anitha Johnson