UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-0170 (RBW) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant District of Columbia, by and through its undersigned counsel, hereby answers Plaintiff's Amended Complaint as follows:

**First Defense**

The Amended Complaint fails to state a claim upon which relief can be granted.

**Second Defense**

As to each of the numbered paragraphs of the Amended Complaint Defendant District of Columbia specifically answers as follows:

**INTRODUCTION**

1. Plaintiff's introductory paragraph states only the claims he is bringing against the Defendants herein and contains no factual allegations; thus, no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

**JURISDICTION**

2. Defendant District of Columbia admits that Paragraph 2 of the Amended Complaint contains a jurisdictional paragraph, but denies that this paragraph necessarily confers jurisdiction upon the District of Columbia.

**PARTIES**

3. Defendant District of Columbia is without sufficient information to form a belief as to the truth or falsity of the statements contained in Paragraph 3 of the Amended Complaint. On that basis, Paragraph 3 is denied.

4. Defendant District of Columbia admits that Detective Milton Norris is a detective for the Metropolitan Police Department. The remainder of paragraph 4 contains conclusions of law of the pleader to which no response is required. To the extent a response is required, the District of Columbia denies the same.

5. Defendant District of Columbia admits the allegations contained in Paragraph 5 of the Amended Complaint.

6. Paragraph 6 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

7. Defendant District of Columbia admits the allegations contained in Paragraph 7 of the Amended Complaint.

8. Paragraph 8 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

9. Paragraph 9 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

## FEDERAL CAUSES OF ACTION

### COUNT I

### (42 USC § 1983 – CIVIL RIGHTS VIOLATIONS)

10. Defendant District of Columbia is without sufficient information to admit or deny the allegations contained in Paragraph 10 of the Amended Complaint.

11. Defendant District of Columbia admits that Detective Norris was chasing a male suspect. Defendant District of Columbia is without sufficient information to admit or deny the remaining allegations in Paragraph 11 of the Amended Complaint.

12. Defendant District of Columbia denies the allegations contained in Paragraph 12 of the Amended Complaint.

13. Defendant District of Columbia denies the allegations contained in Paragraph 13 of the Amended Complaint.

14. Defendant District of Columbia denies the allegations contained in Paragraph 14 of the Amended Complaint.

15. Defendant District of Columbia denies the allegations contained in Paragraph 15 of the Amended Complaint.

16. Defendant District of Columbia denies the allegations contained in Paragraph 16 of the Amended Complaint.

17. Defendant District of Columbia denies the allegations contained in Paragraph 17 of the Amended Complaint.

18. Defendant District of Columbia admits that some of Plaintiff's property was seized for evidence, but denies that all the items listed by Plaintiff were seized by the Metropolitan Police Department and denies the remaining allegations of Paragraph 18 of the Amended Complaint.

19. Defendant District of Columbia denies that numerous telephone calls were made to the Metropolitan Police Department concerning Plaintiff's property. The District further denies that any of Plaintiff's telephone calls were ignored. The District admits that certain property of Plaintiff has not yet been returned.

20. Defendant District of Columbia denies the allegations contained in Paragraph 20 of the Amended Complaint.

21. Defendant District of Columbia denies the allegations contained in Paragraph 21 of the Amended Complaint.

22. Defendant District of Columbia denies the allegations contained in Paragraph 22 of the Amended Complaint.

23. Defendant District of Columbia admits the allegations contained in Paragraph 23 of the Amended Complaint.

24. Defendant District of Columbia denies the allegations contained in Paragraph 24 of the Amended Complaint.

25. Defendant District of Columbia is without sufficient information to form a belief as to the truth or falsity of the statements contained in Paragraph 25 of the Amended Complaint. On that basis, Paragraph 25 is denied.

26. Defendant District of Columbia denies the allegations contained in Paragraph 26 of the Amended Complaint.

27. Paragraph 27 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

28. Defendant District of Columbia denies the allegations contained in Paragraph 28 of the Amended Complaint.

29. Defendant District of Columbia denies the allegations contained in Paragraph 29 of the Amended Complaint.

30. Defendant District of Columbia denies the allegations contained in Paragraph 30 of the Amended Complaint.

31. Defendant District of Columbia denies the allegations contained in Paragraph 31 of the Amended Complaint.

32. Defendant District of Columbia denies the allegations contained in Paragraph 32 of the Amended Complaint.

33. Paragraph 33 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

34. Paragraph 34 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

## STATE LAW CAUSES OF ACTION

### COUNT II

**(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)**

35. Defendant District of Columbia restates and incorporates by reference its responses to Paragraphs 1-34 above.

36. Paragraph 36 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

37. Paragraph 37 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

38. Paragraph 38 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

## COUNT III

### (ASSAULT AND BATTERY)

39. The District of Columbia restates and incorporates by reference its responses to Paragraphs 1-38, above.

40. Paragraph 40 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

41. Paragraph 41 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

42. Paragraph 42 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

## COUNT IV[1]

### (CONVERSION)

43. Defendant District of Columbia restates and incorporates by reference its responses to Paragraphs 1-42, above.

44. Paragraph 44 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

45. Paragraph 45 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

46. Paragraph 46 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

## COUNT V

### (FALSE IMPRISONMENT)

47. Defendant District of Columbia restates and incorporates by reference its responses to Paragraphs 1-46, above.

48. Paragraph 48 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Defendant District of Columbia denies the same.

---

[1] Plaintiff has mis-numbered Count IV as "Count VI" in the Amended Complaint.

49.     Paragraph 49 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required.  To the extent a response is required, Defendant District of Columbia denies the same.

50.     Paragraph 50 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required.  To the extent a response is required, Defendant District of Columbia denies the same.

## COUNT VI

### (RESPONDEAT SUPERIOR)

51.     Defendant District of Columbia restates and incorporates by reference its responses to Paragraphs 1-50, above.

52.     Paragraph 52 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required.  To the extent a response is required, Defendant District of Columbia denies the same.

53.     Paragraph 53 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required.  To the extent a response is required, Defendant District of Columbia denies the same.

54.     Paragraph 54 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required.  To the extent a response is required, Defendant District of Columbia denies the same.

### Third Defense

The District of Columbia denies all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, negligence, deliberate indifference, and unconstitutional policy or custom.

**Fourth Defense**

The District of Columbia, its agents, servants, and employees acting within the course and scope of their employment, have performed their obligations, if any, towards Plaintiff in accordance with all applicable statutory, regulatory, constitutional, and common law requirements.

**Fifth Defense**

If Plaintiff was injured and/or damaged as alleged in the Amended Complaint, such injuries were the result of his own intentional, illegal and/or otherwise wrongful conduct.

**Sixth Defense**

If Plaintiff was injured and/or damaged as alleged in the Amended Complaint, such injuries and damages were the result of the criminal acts of a person or persons other than the District of Columbia, its agents, employees, and/or servants acting within the scope of their employment.

**Seventh Defense**

If Plaintiff was injured and/or damaged as alleged in the Amended Complaint, such injuries and damages were the result of his own sole or contributory negligence and/or his assumption of the risk.

**Eighth Defense**

If Plaintiff was injured and/or damaged as alleged in the Amended Complaint, such injuries and damages were the result of a person or persons other than the District of Columbia, its employees, agents and servants acting within the scope of their employment.

**Ninth Defense**

If Plaintiff was injured or otherwise damaged as alleged in the Amended Complaint, such injuries and/or damages were the result of the Plaintiff's sole, joint, or concurring negligence with a person or persons other than the District of Columbia, its agents, employees or servants acting within the scope of employment.

**Tenth Defense**

At all times relevant herein, the District of Columbia, its employees, agents and servants, acting within the course and scope of their employment, have acted in good faith and with the reasonable belief that their actions were lawful under the circumstances.

**Eleventh Defense**

The District of Columbia asserts immunity, qualified immunity, absence of bad faith and absence of gross negligence and reckless indifference.

**Twelfth Defense**

Acts or omissions of the District of Columbia, its employees, agents, or servants acting within the course and scope of their employment, were discretionary and/or cannot create liability pursuant to the doctrine of absolute and/or qualified immunity.

**Thirteenth Defense**

Plaintiff may have failed to fully comply with the mandatory notice requirements of D.C. Code Section 12-309 (2001).

**Fourteenth Defense**

Plaintiff may have failed to mitigate his damages.

### Fifteenth Defense

Plaintiff's claims are barred by collateral estoppel and res judicata.

### Sixteenth Defense

Plaintiff may have failed to comply with the statute of limitations.

### Seventeenth Defense

Plaintiff is not entitled to punitive damages.

The District of Columbia reserves the right to amend its Answer to the Amended Complaint and to raise any additional defenses, which the evidence in discovery may reveal.

### Set-off

The District of Columbia asserts a set-off against any judgment rendered against it for all funds and services provided to or on behalf of Plaintiff, including medical care.

### Jury Demand

The District of Columbia hereby demands a trial by jury.

WHEREFORE, having fully answered the complaint filed herein, Defendant District of Columbia prays that the same be dismissed, and that it recovers its costs of suit expended herein.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division

     /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


     /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov