UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-0170 (RBW) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Detective Milton Norris, by and through his undersigned counsel, hereby answers Plaintiff's Amended Complaint as follows:

### First Defense

The Amended Complaint fails to state a claim upon which relief can be granted.

### Second Defense

As to each of the numbered paragraphs of the Amended Complaint Detective Norris specifically answers as follows:

### INTRODUCTION

1. Plaintiff's introductory paragraph states only the claims he is bringing against the Defendants herein and contains no factual allegations; thus, no response is required. To the extent a response is required, Detective Norris denies the same.

### JURISDICTION

2.  Detective Norris admits that Paragraph 2 of the Amended Complaint contains a jurisdictional paragraph, but denies that this paragraph necessarily confers jurisdiction upon him.

### **PARTIES**

3.  Detective Norris is without sufficient information to form a belief as to the truth or falsity of the statements contained in Paragraph 3 of the Amended Complaint. On that basis, Paragraph 3 is denied.

4.  Detective Norris admits that he is a detective for the Metropolitan Police Department. The remainder of paragraph 4 contains conclusions of law of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

5.  Detective Norris admits the allegations contained in Paragraph 5 of the Amended Complaint.

6.  Paragraph 6 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

7.  Detective Norris admits the allegations contained in Paragraph 7 of the Amended Complaint.

8.  Paragraph 8 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

9. Paragraph 9 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

## FEDERAL CAUSES OF ACTION

## COUNT I

## (42 USC § 1983 – CIVIL RIGHTS VIOLATIONS)

10. Detective Norris is without sufficient information to admit or deny the allegations contained in Paragraph 10 of the Amended Complaint.

11. Detective Norris admits that he was chasing a male suspect. Detective Norris is without sufficient information to admit or deny the remaining allegations in Paragraph 11 of the Amended Complaint.

12. Detective Norris denies the allegations contained in Paragraph 12 of the Amended Complaint.

13. Detective Norris denies the allegations contained in Paragraph 13 of the Amended Complaint.

14. Detective Norris denies the allegations contained in Paragraph 14 of the Amended Complaint.

15. Detective Norris denies the allegations contained in Paragraph 15 of the Amended Complaint.

16. Detective Norris denies the allegations contained in Paragraph 16 of the Amended Complaint.

17. Detective Norris denies the allegations contained in Paragraph 17 of the Amended Complaint.

18. Detective Norris is without sufficient information to admit or deny the allegations made in Paragraph 18 of the Amended Complaint. On that basis, Paragraph 18 is denied.

19. Detective Norris is without sufficient information to admit or deny the allegations made in Paragraph 19 of the Amended Complaint. On that basis, Paragraph 19 is denied.

20. Detective Norris is without sufficient information to admit or deny the allegations made in Paragraph 20 of the Amended Complaint. On that basis, Paragraph 20 is denied.

21. Detective Norris is without sufficient information to admit or deny the allegations made in Paragraph 21 of the Amended Complaint. On that basis, Paragraph 21 is denied.

22. Detective Norris denies the allegations contained in Paragraph 22 of the Amended Complaint.

23. Detective Norris admits the allegations contained in Paragraph 23 of the Amended Complaint.

24. Detective Norris denies the allegations contained in Paragraph 24 of the Amended Complaint.

25. Detective Norris is without sufficient information to form a belief as to the truth or falsity of the statements contained in Paragraph 25 of the Amended Complaint. On that basis, Paragraph 25 is denied.

26. Detective Norris denies the allegations contained in Paragraph 26 of the Amended Complaint.

27. Paragraph 27 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

28. Detective Norris denies the allegations contained in Paragraph 28 of the Amended Complaint.

29. The allegations in Paragraph 29 do not pertain to this Defendant, therefore no response from this Defendant is required. To the extent a response is required, Detective Norris denies the allegations contained in Paragraph 29 of the Amended Complaint.

30. The allegations in Paragraph 30 do not pertain to this Defendant, therefore no response from this Defendant is required. To the extent a response is required, Detective Norris denies the allegations contained in Paragraph 30 of the Amended Complaint.

31. The allegations in Paragraph 31 do not pertain to this Defendant, therefore no response from this Defendant is required. To the extent a response is required, Detective Norris denies the allegations contained in Paragraph 31 of the Amended Complaint.

32. The allegations in Paragraph 32 do not pertain to this Defendant, therefore no response from this Defendant is required. To the extent a response is required, Detective Norris denies the allegations contained in Paragraph 32 of the Amended Complaint.

33. Paragraph 33 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

34. Paragraph 34 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

## STATE LAW CAUSES OF ACTION

## COUNT II

### (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

35. Detective Norris restates and incorporates by reference his responses to Paragraphs 1-34 above.

36. Paragraph 36 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

37. Paragraph 37 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

38. Paragraph 38 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

## COUNT III

### (ASSAULT AND BATTERY)

39. Detective Norris restates and incorporates by reference his responses to Paragraphs 1-38, above.

40. Paragraph 40 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

41. Paragraph 41 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

42. Paragraph 42 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

## COUNT IV[1]

### (CONVERSION)

43. Detective Norris restates and incorporates by reference his responses to Paragraphs 1-42, above.

44. Paragraph 44 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

45. Paragraph 45 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

---

[1] Plaintiff has mis-numbered Count IV as "Count VI" in the Amended Complaint.

46. Paragraph 46 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

## COUNT V

### (FALSE IMPRISONMENT)

47. Detective Norris restates and incorporates by reference his responses to Paragraphs 1-46, above.

48. Paragraph 48 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

49. Paragraph 49 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

50. Paragraph 50 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

## COUNT VI

### (RESPONDEAT SUPERIOR)

51. Detective Norris restates and incorporates by reference his responses to Paragraphs 1-50, above.

52. Paragraph 52 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

53. Paragraph 53 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

54. Paragraph 54 of the Amended Complaint contains the legal conclusions of the pleader to which no response is required. To the extent a response is required, Detective Norris denies the same.

### Third Defense

Detective Norris denies all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, negligence, deliberate indifference, and unconstitutional policy or custom.

### Fourth Defense

Detective Norris has performed his obligations, if any, towards Plaintiff in accordance with all applicable statutory, regulatory, constitutional, and common law requirements.

### Fifth Defense

If Plaintiff was injured and/or damaged as alleged in the Amended Complaint, such injuries were the result of his own intentional, illegal and/or otherwise wrongful conduct.

### Sixth Defense

If Plaintiff was injured and/or damaged as alleged in the Amended Complaint, such injuries and damages were the result of the criminal acts of a person or persons other than Detective Norris.

**Seventh Defense**

If Plaintiff was injured and/or damaged as alleged in the Amended Complaint, such injuries and damages were the result of his own sole or contributory negligence and/or his assumption of the risk.

**Eighth Defense**

If Plaintiff was injured and/or damaged as alleged in the Amended Complaint, such injuries and damages were the result of a person or persons other than Detective Norris.

**Ninth Defense**

If Plaintiff was injured or otherwise damaged as alleged in the Amended Complaint, such injuries and/or damages were the result of the Plaintiff's sole, joint, or concurring negligence with a person or persons other than Detective Norris.

**Tenth Defense**

At all times relevant herein, Detective Norris has acted in good faith and with the reasonable belief that his actions were lawful under the circumstances.

**Eleventh Defense**

Detective Norris asserts immunity, qualified immunity, absence of bad faith and absence of gross negligence and reckless indifference.

**Twelfth Defense**

Acts or omissions of Detective Norris were discretionary and/or cannot create liability pursuant to the doctrine of absolute and/or qualified immunity.

**Thirteenth Defense**

Plaintiff may have failed to mitigate his damages.

**Fourteenth Defense**

Plaintiff's claims are barred by collateral estoppel and res judicata.

**Fifteenth Defense**

Plaintiff may have failed to comply with the statute of limitations.

**Sixteenth Defense**

Plaintiff is not entitled to punitive damages.

Detective Norris reserves his right to amend his Answer to the Amended Complaint and to raise any additional defenses, which the evidence in discovery may reveal.

**Set-off**

Detective Norris asserts a set-off against any judgment rendered against it for all funds and services provided to or on behalf of Plaintiff, including medical care.

**Jury Demand**

Detective Norris hereby demands a trial by jury.

WHEREFORE, having fully answered the complaint filed herein, Detective Norris prays that the same be dismissed, and that he recovers his costs of suit expended herein.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

        /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


        /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov