```
              UNITED STATES DISTRICT OF COLUMBIA
                 FOR THE DISTRICT OF COLUMBIA

                        Civil Division
_____
                              )
DAVID ARRINGTON               )
                              )
     Plaintiff,               )
                              ) C.A. No. 07-0170(RBW)
     v.                       )
                              )
DISTRICT OF COLUMBIA, et. al. )
                              )
     Defendants.              )
_____)
```

NOTICE OF CHANGE OF ADDRESS

Madame Clerk, please note that Counsel for the Plaintiff, Anitha Johnson, Esquire, of ODELUGO & JOHNSON, LLC's business address and telephone number have recently changed and will kindly update the Court's records relating to the same. Please find Plaintiff's counsel's new address and business telephone number below.

Respectfully Submitted,

ODELUGO & JOHNSON, LLC

 /s/ Anitha Johnson
Anitha Johnson, #495672
6525 Belcrest Road
Suite 612
Hyattsville, Maryland 20782
301-832-3020

CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of October 2007, that a copy of the foregoing was sent via electronic delivery:

Shana L. Frost
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001
shana.frost@dc.gov

                                          /s/ Anitha Johnson
                                             Anitha Johnson