UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DAVID ARRINGTON                               )
                                              )
      Plaintiff,                             )
                                              )
    v.                                      )   Civil Action No. 07-170 (RBW)
                                              )
DISTRICT OF COLUMBIA, et al.                  )
                                              )
      Defendants.                            )
_____)

**ORDER**

      On January 24, 2007, the plaintiff filed this action under 42 U.S.C. §1983 (2000) alleging that the defendants[1] (1) deprived the plaintiff of rights granted to him under the Constitution of the United States, and (2) violated District of Columbia law by subjecting him to assault and battery, false arrest and imprisonment, malicious prosecution, trespass to chattel, conversion, interference with prospective advantage, outrageous conduct, and gross negligence. Complaint ("Compl.") at 1. Further, the plaintiff brings this action against the District of Columbia as the employer of the defendant police officers on the grounds that it failed: (1) to provide and assure proper training and supervision of its police officers, (2) to introduce and implement meaningful procedures to prevent unlawful official misconduct, and (3) to establish and implement procedures to prevent its police officers from subjecting citizens to unreasonable use of deadly force, excessive use of force, assault, battery, and other abusive conduct. Id. at 1-2. On March 15, 2007, the defendants filed a motion to dismiss this action or alternatively request summary

---

[1] The defendants named in the plaintiff's Complaint are the District of Columbia, Charles Ramsey, the former Chief of Police for the District of Columbia, and Detective Dan Lewis. Compl. at 1.

judgment, asserting that all claims against former Chief of Police Charles Ramsey and Detective Dan Lewis cannot be sustained as a matter of law because the plaintiff has failed to state a claim upon which relief can be granted.  Defendants' Motion to Dismiss and/or For Summary Judgment.  In response to the defendants' motion, the plaintiff filed a statement advising the Court that he does not oppose the defendants' dismissal motion because the "[p]laintiff's essential claims are reserved and [d]efendant Detective Lewis' actions will be held against the District of Columbia . . . ."[2]  Response to Defendants' Motion to Dismiss ("Pl's Response") at 1.  Accordingly, upon consideration of the pleadings and the supporting memoranda submitted by the parties, it is hereby this 19th day of October, 2007,

   **ORDERED** that the defendants' Motion to Dismiss is **GRANTED** and their Motion for Summary Judgment is **DENIED** as moot.  It is further

   **ORDERED** that this action is dismissed against defendants Charles Ramsey and Dan Lewis.


**SO ORDERED.**

                                                            /s/_____
                                                            REGGIE B. WALTON
                                                            United States District Judge

---

[2] Although the plaintiff does not elaborate on his grounds for acquiescing to the dismissal of this action against former Chief Ramsey, the plaintiff acknowledges that dismissal is warranted. Pl's Response at 2.  Further, Anitha Johnson, counsel for the plaintiff, advised the Court's law clerk via telephone on October 9, 2007, that the plaintiff does not oppose the defendants' dismissal motion as indicated in his Response to Defendants' Motion to Dismiss and requests that an initial scheduling conference be scheduled in this matter.