UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DAVID ARRINGTON                       )
                                      )
      Plaintiff,                     )
                                      )
    v.                                )    Civil Action No. 07-170 (RBW)
                                      )
DISTRICT OF COLUMBIA, et al.          )
                                      )
      Defendants.                    )
_____)

## SCHEDULING ORDER

The parties appeared before the Court on January 8, 2008, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 9th day of January, 2008, hereby **ORDERED** that

1. This case shall be placed on the standard track.

2. The parties have waived initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. The proponent shall serve any expert witness reports pursuant to Rule 26(a)(2) by April 25, 2008, and the opponent shall serve any expert witness reports pursuant to Rule 26(a)(2) by May 26, 2008.

4. Discovery shall be concluded by July 11, 2008.

5. Any dispositive motions shall be filed by August 11, 2008, any oppositions shall be filed by September 12, 2008, and any reply thereto shall be filed by September 26, 2008.

6. A pretrial conference shall be held on December 12, 2008 at 9:30 a.m. in the chambers of the Honorable Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge