UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DAVID ARRINGTON              )
                             )
    Plaintiff,              )
                             )
v.                           )   Civil Action No. 07-170 (RBW)
                             )
DISTRICT OF COLUMBIA, et al. )
                             )
    Defendants.             )
_____)

### ORDER

Currently before the Court is the defendant's Motion to Quash Subpoenas Served on the Metropolitan Police Department. Upon consideration of the pleadings, the supporting memoranda submitted, the arguments counsel presented to the Court on January 8, 2008, it is hereby this 9th day of January, 2008,

**ORDERED** that the defendant's Motion to Quash Subpoenas Served on the Metropolitan Police Department is **GRANTED**.

**SO ORDERED.**

                                            /s/_____
                                            REGGIE B. WALTON
                                            United States District Judge