```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
DAVID ARRINGTON               )
                              )
        Plaintiff,            )
                              )  C.A. No. 07-0170(RBW)
        v.                    )
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
        Defendants.           )
_____)

CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF
TO FILE EXPERT REPORT

COMES NOW Plaintiff, David Arrington, by and through his counsel, Anitha Johnson, Esquire and ODELUGO & JOHNSON, L.L.C., and moves this Court for an extension of time in which to file Plaintiff's Expert Report. In support of this Motion, Plaintiff submits the following Memorandum of Points and Authorities.

Respectfully submitted,

ODELUGO & JOHNSON, L.L.C.


 /s/ Anitha Johnson
Anitha Johnson, #495672
6525 Belcrest Road
Suite 612
Hyattsville, Maryland 20782
(301) 832-3020
Attorney for Plaintiff
David Arrington

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DAVID ARRINGTON                )
                               )
        Plaintiff,             )
                               )  C.A. No. 07-0170(RBW)
        v.                     )
                               )
DISTRICT OF COLUMBIA, et al.   )
                               )
        Defendants.            )
_____)
```

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION
TO EXTEND TIME TO FILE AN EXPERT REPORT

1.   Plaintiff, David Arrington, filed suit in this action against the District of Columbia and Defendant Officer Milton Norris for injuries Plaintiff sustained as a result of Defendant Officer Norris use of excess force in shooting Plaintiff in the buttock after Plaintiff innocently exited his girlfriend's home.

2.   On January 8, 2008, the parties appeared before the Court for an initial scheduling conference.

3.   The Scheduling Order, dictates that Plaintiff shall serve his expert witness reports pursuant to Rule 26 (a)(2) by April 25, 2008 and the Defendant shall serve its expert witness reports by May 26, 2008.

4.   Specifically, Plaintiff served Defendant Requests for discovery at the time when Plaintiff served the Complaint.  The undersigned counsel inquired from Defendants' counsel as to whether Defendants counsel received Plaintiff's Requests for

Discovery. At that time, Defendants' counsel indicated that she received Plaintiff's requests and that she would answer it when it was due. Approximately two (2) months after the initial scheduling conference designated the time period in which discovery would take place, the undersigned counsel drafted a letter inquiring as to when Defendant would respond to Plaintiff's requests for discovery.

5. Suddenly, Defendant's counsel stated that Plaintiff's discovery was not properly served because it was served before the initial scheduling conference. Plaintiff believes that Defendant is still stalling and purposely delaying in responding to Plaintiff's requests for discovery.

6. Nevertheless, since the undersigned counsel contacted Defendants' counsel, the undersigned counsel had three (3) trials; thus, the undersigned counsel has been too busy to dispute Defendants' discovery tactics.

7. Despite not receiving timely discovery responses, the undersigned counsel is trying to avoid filing a Motion to Compel and for Sanctions.

8. Notwithstanding the Scheduling Order, Defendant has not responded to Plaintiff's Discovery requests, which has delayed Plaintiff's expert witness writing a report.

WHEREFORE, for these and other reasons that may be apparent to the Court, Plaintiff requests that this Court extend the time

in which Plaintiff is required to file Plaintiff's expert report from until June 25, 2008.

         Respectfully Submitted,

         ODELUGO & JOHNSON, LLC


          /s/ Anitha Johnson
         Anitha Johnson, #16725
         6525 Belcrest Road
         Suite 612
         Hyattsville, MD 20782
         301-832-3020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DAVID ARRINGTON                     )
                                    )
        Plaintiff,                  )
                                    ) C.A. No. 07-0170(RBW)
        v.                          )
                                    )
DISTRICT OF COLUMBIA, et al.        )
                                    )
        Defendants.                 )
_____)

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File an Expert Report, it is the _____ day of _____, 2008, hereby,

ORDERED, that Plaintiff's Motion is hereby GRANTED, and it is,

FURTHER ORDERED, that the new deadline for Plaintiff to file an expert report is by June 25, 2008.

FURTHER ORDERED, that Defendants' expert report shall be due by July 25, 2008.

                                          _____
                                          The Honorable Judge

Copies to:

Anitha Johnson, Esquire
ODELUGO & JOHNSON, LLC
6525 Belcrest Road
Suite 612
Hyattsville, Maryland 20782


Shana L. Frost, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2008, a copy of the foregoing was served via electronic service to:

Shana L. Frost, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001

                                        /s/  Anitha Johnson
                                        Anitha Johnson

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
DAVID ARRINGTON               )
                              )
         Plaintiff,           )
                              ) C.A. No. 07-0170(RBW)
         v.                   )
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
         Defendants.          )
_____)
```

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File an Expert Report, it is the _____ day of _____, 2008, hereby,

ORDERED, that Plaintiff's Motion is hereby GRANTED, and it is,

FURTHER ORDERED, that the new deadline for Plaintiff to file an expert report is by June 25, 2008.

FURTHER ORDERED, that Defendants' expert report shall be due by July 25, 2008.

                                    _____
                                    The Honorable Judge