```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

DAVID ARRINGTON,                :
                                :
        Plaintiff,               :
                                :
v.                              : Civil Case No.: 07-0170 (RBW)
                                :
DISTRICT OF COLUMBIA,           :
 ET AL.                         :
                                :
        Defendants.              :

## CERTIFICATE REGARDING DISCOVERY

Plaintiff, through counsel, certifies that a copy of Plaintiff's Answers to Defendant District of Columbia's Interrogatories was served, by first class mail, upon counsel for Defendant District of Columbia, Shana L. Frost, 441 4th Street, NW, 6th Floor South, Washington, D.C. 20001 on the 14th day of May, 2008, and that the original of said documents, together with a copy of this Certificate Regarding Discovery, is retained and available for inspection.

                              Respectfully submitted,

                              ODELUGO & JOHNSON, LLC


                                 /s/ Anitha Johnson
                              Anitha Johnson, #16725
                              6525 Belcrest Road
                              Suite 612
                              Hyattsville, Maryland 20782
                              Phone: (301) 832-3020
                              Fax: (301) 832-3029
                              Email: anitha.johnson@odelugo.com
                              Counsel for Plaintiff