UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID ARRINGTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No.: 07-0170 (RBW) |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| ET AL. | : | |
| | : | |
| Defendants. | : | |

**<u>CERTIFICATE REGARDING DISCOVERY</u>**

Plaintiff, through counsel, certifies that a copy of Plaintiff's Responses to Defendant District of Columbia's Requests for Production of Documents was served, by first class mail, upon counsel for Defendant District of Columbia, Shana L. Frost, 441 4th Street, NW, 6th Floor South, Washington, D.C. 20001 on the 14th day of May, 2008, and that the original of said documents, together with a copy of this Certificate Regarding Discovery, is retained and available for inspection.

Respectfully submitted,

ODELUGO & JOHNSON, LLC


    /s/ Anitha Johnson
Anitha Johnson, #16725
6525 Belcrest Road
Suite 612
Hyattsville, Maryland 20782
Phone: (301) 832-3020
Fax: (301) 832-3029
Email: anitha.johnson@odelugo.com
Counsel for Plaintiff