UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
DAVID ARRINGTON               )
                              )
        Plaintiff,            )
                              )    C.A. No. 07-0170(RBW)
        v.                    )
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
        Defendants.           )
_____)

## Certificate Regarding Discovery

Plaintiff, through counsel, certifies that a copy of Plaintiff's First Set of Request for Production of Documents were served, by first class mail, upon counsel for Defendant Milton Norris, Shana L. Frost, Esquire, One Judiciary Square, 441 4th Street, NW, Washington, D.C. 20001 on the 8th day of May 2008, and that the original of said documents, together with a copy of this Certificate Regarding Discovery, is retained and available for inspection.

Respectfully submitted,

ODELUGO & JOHNSON, LLC


 /s/ Anitha Johnson
Anitha Johnson, #16725
6525 Belcrest Road
Suite 612
Hyattsville, Maryland 20782
Phone: 301-832-3020
Fax: 301-832-3029
Attorney for Plaintiff