```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
DAVID ARRINGTON               )
                              )
        Plaintiff,            )
                              )    C.A. No. 07-0170(RBW)
        v.                    )
                              )
DISTRICT OF COLUMBIA, et al.  )
                              )
        Defendants.           )
_____)

### Certificate Regarding Discovery

Plaintiff, through counsel, certifies that a copy of Plaintiff's First Set of Interrogatories were served, by first class mail, upon counsel for Defendant Milton Norris, Shana L. Frost, Esquire, One Judiciary Square, 441 4th Street, NW, Washington, D.C. 20001 on the 8th day of May 2008, and that the original of said documents, together with a copy of this Certificate Regarding Discovery, is retained and available for inspection.

                                         Respectfully submitted,

                                         ODELUGO & JOHNSON, LLC


                                         /s/ Anitha Johnson
                                         Anitha Johnson, #16725
                                         6525 Belcrest Road
                                         Suite 612
                                         Hyattsville, Maryland 20782
                                         Phone: 301-832-3020
                                         Fax: 301-832-3029