```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

DAVID ARRINGTON,                  :
                                  :
        Plaintiff,                :
                                  :
v.                                :  Civil Case No.: 07-0170 (RBW)
                                  :
DISTRICT OF COLUMBIA,             :
 ET AL.                           :
                                  :
        Defendants.               :
```

### PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR OPPOSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, David Arrington, by and through his attorneys, Anitha Johnson, Esq. and ODELUGO & JOHNSON, L.L.C. and files this Motion to Extend the Deadline for Opposing Defendants' Motion for Summary Judgment. In support thereof Plaintiff states as follows:

1. Plaintiff respectfully requests this Honorable Court to extend the deadline for Plaintiff to file his Opposition to Defendants' Motion for Summary Judgment by ten (10) days because counsel for Plaintiff had surgery on August 22, 2008 and has not fully recovered as of the date of this filing.

2. Defendants filed their Motion on or about August 11, 2008. Plaintiff's Opposition to Defendant's Motion is due today, August 28, 2008.

3. Counsel for Plaintiff had surgery on August 22, 2008. Plaintiff's counsel has had a number of complications related to said surgery and as a result has been unable to finalize and

complete Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

    4.   Counsel for Plaintiff attempted to obtain the consent, as to this Motion to Extend, of Defendants' counsel Shana L. Frost and Samuel C. Kaplan on August 28, 2008. However, counsel for Plaintiff was unable to speak with Defendants' attorneys. Ms. Frost's voice-mail indicated that she'd be out of the office up until September 2, 2008. Mr. Kaplan was not available so the undersigned counsel's office left a telephone message for him.

    5.   The Defendants will not be prejudiced if the deadline for the filing Plaintiff's Opposition is extended. However, a denial of this motion will be highly prejudicial to Plaintiff because Plaintiff will not have the opportunity to oppose the Defendants' Motion and assert his rights.

    WHEREFORE Plaintiff Arrington respectfully requests this Honorable Court to grant this Motion.

    Respectfully submitted,

    ODELUGO & JOHNSON, L.L.C.

      /s/ Anitha Johnson
Anitha Johnson, #16725
6525 Belcrest Road, Suite 612
Hyattsville, Maryland 20782
Phone: (301) 832-3020
Fax: (301) 832-3029
Email: anitha.johnson@odelugo.com
*Counsel for Plaintiff*

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

DAVID ARRINGTON,                :
                                :
    Plaintiff,              :
                                :
v.                              : Civil Case No.: 07-0170 (RBW)
                                :
DISTRICT OF COLUMBIA,           :
 ET AL.                         :
                                :
    Defendants.             :

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Extend the Deadline for Opposing Defendants' Motion for Summary Judgment, and any Opposition thereto, it is this \_\_\_\_\_ day of _____, 2008, hereby,

**ORDERED** that the Plaintiff's Motion is **Granted**; and

**ORDERED** that the deadline for Plaintiff to file his Opposition to Defendants' Motion for Summary Judgment is extended by ten (10) days.

                                                          _____
                                                        Judge, United States District Court
                                                        for the District of Columbia

cc:  All counsel

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 28th day of August, 2008, a copy of the foregoing Motion to Extend was served via electronic service, to:

    Shana L. Frost, Esq.
    Assistant Attorney General
    Office of the Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001

                                                    /s/ Anitha Johnson
                                                    Anitha Johnson